■ BENNY PRESNO, Appellant, v. MARY HARZYNSKI et al., Respondents.— Motion granted and appeal dismissed, with $10 motion costs.

■ In the Matter of ELIAS MAROONE, Appellant, against FREDERICK W. WANTZEL, as Director of Buildings of the City of Buffalo, et al., Respondents.— Motion granted and appeal dismissed, without costs.

■ In the Matter of ROBERT E. FISCHER, as Special Assistant Attorney-General of the State of New York, Respondent, against SALVATORE LOU CHIPPOLETTI, Appellant.— Motion for a stay denied as academic.

■ In the Matter of ROBERT E. FISCHER, as Special Assistant Attorney-General, Respondent, against BERNADETTE SADDIER, Appellant.— Motion for a stay denied as academic.

■ MARY A. LEOTTA, Individually, etc., v. JOSEPH E. PLESSINGER et al., Appellants.— Motion granted to vacate order dismissing appeal of Riggs Dairy Express, Inc., on condition that printed records are filed and served on or before February 10, 1959 and appellant's brief filed and served on or before February 24, 1959.

■ VIDA AXTELL et al., Respondents, v. JOSEPH E. PLESSINGER et al., Appellants.— Motion granted to vacate order dismissing appeal of Riggs Dairy Express, Inc., on condition that printed records are filed and served on or before February 10, 1959 and appellant's brief filed and served on or before February 24, 1959 (2 motions).

■ RUBY V. BAIRD, Respondent, v. CITY OF HORNELL et al., Appellants.— Motion granted and order dismissing appeal of City of Hornell vacated, on condition printed brief is filed and served on or before February 24, 1959.

■ THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v. KENNETH DOOLING and JUNE M. DOOLING, Defendants.— Motion for a change of venue denied.